*E-FILED: August 2, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELEANOR RAMACHANDRAN, an individual, | No. C12-04834 HRL |
| Plaintiff,<br>v. | **ORDER RE REBUTTAL EXPERT DEADLINE** |
| ACCENTURE LLP, a limited liability partnership; and DOES 1-50, inclusive, | |
| Defendants. | |

It has been brought to the court's attention that Accenture's requested September 15, 2013 deadline for the designation of rebuttal experts with reports, adopted by the court in its July 29, 2013 Order re Discovery Dispute Joint Report No. 2, falls on a Sunday. Accordingly, that deadline will be changed to Monday, September 16, 2013.

SO ORDERED.

Dated: August 2, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-04834-HRL Notice has been electronically mailed to:

2  Christopher R. LeClerc    chris@leclerclaw.com

3  Christopher Robert Le Clerc    chris@leclerclaw.com

4  Courtney Bohl    Cbohl@seyfarth.com, mhensel@seyfarth.com

5  G. Daniel Newland    dnewland@seyfarth.com, sstitt@seyfarth.com

6  Robert Brian Wong    bwong@seyfarth.com, ggarcia@seyfarth.com

7  Stephen F. Danz    stephen.danz@employmentattorneyca.com, eblanco@danz-gerber.com