**United States District Court**
For the Northern District of California

**\*E-FILED:  August 2, 2013\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELEANOR RAMACHANDRAN, an individual,

        Plaintiff,

   v.

ACCENTURE LLP, a limited liability
partnership; and DOES 1-50, inclusive,

        Defendants.

                                                      /

No. C12-04834 HRL

**ORDER RE REBUTTAL EXPERT
DEADLINE**

It has been brought to the court's attention that Accenture's requested September 15,
2013 deadline for the designation of rebuttal experts with reports, adopted by the court in its
July 29, 2013 Order re Discovery Dispute Joint Report No. 2, falls on a Sunday.  Accordingly,
that deadline will be changed to Monday, September 16, 2013.

        SO ORDERED.

Dated: August 2, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-04834-HRL Notice has been electronically mailed to:

2  Christopher R. LeClerc     chris@leclerclaw.com

3  Christopher Robert Le Clerc     chris@leclerclaw.com

4  Courtney Bohl     Cbohl@seyfarth.com, mhensel@seyfarth.com

5  G. Daniel Newland     dnewland@seyfarth.com, sstitt@seyfarth.com

6  Robert Brian Wong     bwong@seyfarth.com, ggarcia@seyfarth.com

7  Stephen F. Danz     stephen.danz@employmentattorneyca.com, eblanco@danz-gerber.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2