1  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN 87965)
2  dnewland@seyfarth.com
   Brian Wong (SBN 260913)
3  bwong@seyfarth.com
   Courtney K. Bohl (SBN 278812)
4  cbohl@seyfath.com
   560 Mission Street, 31st Floor
5  San Francisco, California 94105
   Telephone: (415) 397-2823
6  Facsimile: (415) 397-8549

7  Attorneys For Defendant
   ACCENTURE LLP
8
   LE CLERC & LE CLERC LLP
9  Christopher R. LeClerc
   chris@leclerclaw.com
10 235 Montgomery Street, Suite 1019
   San Francisco, CA 94104
11 Tel.: (415) 445-0900
12 Fax: (415) 445-9977

13 STEPHEN DANZ & ASSOCIATES
   Stephen Danz
14 Stephen.danz@employmentattorneyca.com
   11661 San Vicente Blvd., Suite 500
15 Los Angeles, CA 90049
16 Tel.: (877) 789-9707
   Fax: (310) 207-5006
17
   Attorneys for Plaintiff
18 ELEANOR RAMACHANDRAN
19

**FILED**

NOV 05 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR RAMACHANDRAN, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> ACCENTURE LLP, a limited liability, <br><br> Defendant. | Case No. CV12-04834-HRL <br><br> **NOTICE OF SETTLEMENT, JOINT STIPULATION, AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT AND EXPERT DISCOVERY DEADLINES** <br><br> (RE: DKT. No. 61) |

1

NOTICE OF SETTLEMENT, JOINT STIPULATION, [PROPOSED] ORDER TO CONTINUE DEADLINES
CASE NO. CV12-04834-HRL

TO THE HONORABLE HOWARD R. LLOYD:

On November 3, 2013, Plaintiff Eleanor Ramachandran ("Plaintiff") and Defendant Accenture LLP ("Defendant") (collectively the "Parties") reached an agreement in principle to resolve the above-referenced matter. The Parties currently are drafting a settlement agreement and anticipate finalizing and implementing it, so that they can file a Request for Dismissal with Prejudice within thirty (30) days.

Accordingly, pursuant to Civil Local Rule 7-12 of the United States District Court for the Northern District of California, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the cutoff date for expert discovery is November 14, 2013 (ECF 60);

WHEREAS, the Parties' reply briefs in support of their respective summary judgment motions are due November 5, 2013 (ECF 60);

WHEREAS, the hearing date for the Parties' respective summary judgment motions is November 26, 2013 (ECF 60); and

WHEREAS, to provide sufficient time to finalize their written settlement agreement, the Parties request that all proceedings in this action be stayed for thirty (30) days through December 4, 2013, and that the deadlines for expert discovery, summary judgment briefing, and the hearing for the Parties' summary judgment motions be continued to dates thereafter that are convenient for the Court in the event that a final written settlement agreement proves impossible. In that event, the Parties will request a further case management conference to reschedule those dates that are affected by the stay.

NOW THEREFORE, the Parties hereby stipulate and respectfully submit as follows:

All proceedings in this action shall be stayed through December 4, 2013. The deadlines for expert discovery, summary judgment briefing, and hearing on the Parties' respective motions for summary judgment shall be continued to dates thereafter that are convenient for the Court. In the event that the parties are unable to reduce the matter to a final settlement agreement, then

///

1  either or both parties may notify the Court of the need to schedule a further case management
2  conference.
3      IT IS SO STIPULATED.

5  DATED: November 4, 2013      SEYFARTH SHAW LLP
6      By /s/ Brian Wong
    G. Daniel Newland
7      Brian Wong
    Courtney K. Bohl
8      Attorneys for Defendant
    ACCENTURE LLP

10  DATED: November 4, 2013      LE CLERC & LE CLERC LLP
11      By /s/ Christopher R. LeClerc
    Christopher R. LeClerc
    Attorneys for Plaintiff
12      ELEANOR RAMACHANDRAN

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Brian Wong, attest that concurrence in the filing of this document has been obtained from the signatory Christopher R. LeClerc.

Executed this 4th day of November, 2013 in San Francisco, California.

    By /s/ Brian Wong
    G. Daniel Newland
    Brian Wong
    Courtney K. Bohl
    Attorneys for DEFENDANT
    ACCENTURE LLP

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/5/13

    Hon. Howard R. Lloyd
    United States Magistrate Judge

16396327v.3

3

NOTICE OF SETTLEMENT, JOINT STIPULATION, ~~PROPOSED~~ ORDER TO CONTINUE DEADLINES
CASE NO. CV12-04834-HRL