SEYFARTH SHAW LLP
G. Daniel Newland (SBN 87965)
dnewland@seyfarth.com
Brian Wong (SBN 260913)
bwong@seyfarth.com
Courtney K. Bohl (SBN 278812)
cbohl@seyfath.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys For Defendant
ACCENTURE LLP

LE CLERC & LE CLERC LLP
Christopher R. LeClerc
chris@leclerclaw.com
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Tel.: (415) 445-0900
Fax: (415) 445-9977

STEPHEN DANZ & ASSOCIATES
Stephen Danz
Stephen.danz@employmentattorneyca.com
11661 San Vicente Blvd., Suite 500
Los Angeles, CA 90049
Tel.: (877) 789-9707
Fax: (310) 207-5006

Attorneys for Plaintiff
ELEANOR RAMACHANDRAN

FILED

NOV 05 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR RAMACHANDRAN, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>ACCENTURE LLP, a limited liability,<br><br>Defendant. | Case No. CV12-04834-HRL<br><br>**NOTICE OF SETTLEMENT, JOINT STIPULATION, AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT AND EXPERT DISCOVERY DEADLINES**<br><br>(RE: DKT. No. 61) |

1

NOTICE OF SETTLEMENT, JOINT STIPULATION, [PROPOSED] ORDER TO CONTINUE DEADLINES
CASE NO. CV12-04834-HRL

1  TO THE HONORABLE HOWARD R. LLOYD:

2      On November 3, 2013, Plaintiff Eleanor Ramachandran ("Plaintiff") and Defendant Accenture LLP ("Defendant") (collectively the "Parties") reached an agreement in principle to resolve the above-referenced matter. The Parties currently are drafting a settlement agreement and anticipate finalizing and implementing it, so that they can file a Request for Dismissal with Prejudice within thirty (30) days.

    Accordingly, pursuant to Civil Local Rule 7-12 of the United States District Court for the Northern District of California, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

    WHEREAS, the cutoff date for expert discovery is November 14, 2013 (ECF 60);

    WHEREAS, the Parties' reply briefs in support of their respective summary judgment motions are due November 5, 2013 (ECF 60);

    WHEREAS, the hearing date for the Parties' respective summary judgment motions is November 26, 2013 (ECF 60); and

    WHEREAS, to provide sufficient time to finalize their written settlement agreement, the Parties request that all proceedings in this action be stayed for thirty (30) days through December 4, 2013, and that the deadlines for expert discovery, summary judgment briefing, and the hearing for the Parties' summary judgment motions be continued to dates thereafter that are convenient for the Court in the event that a final written settlement agreement proves impossible. In that event, the Parties will request a further case management conference to reschedule those dates that are affected by the stay.

    NOW THEREFORE, the Parties hereby stipulate and respectfully submit as follows:

    All proceedings in this action shall be stayed through December 4, 2013. The deadlines for expert discovery, summary judgment briefing, and hearing on the Parties' respective motions for summary judgment shall be continued to dates thereafter that are convenient for the Court. In the event that the parties are unable to reduce the matter to a final settlement agreement, then

///

2

NOTICE OF SETTLEMENT, JOINT STIPULATION, [PROPOSED] ORDER TO CONTINUE DEADLINES
CASE NO. CV12-04834-HRL

1  either or both parties may notify the Court of the need to schedule a further case management
2  conference.
3     IT IS SO STIPULATED.

5  DATED: November 4, 2013                SEYFARTH SHAW LLP

6                                         By /s/ Brian Wong
                                              G. Daniel Newland
7                                             Brian Wong
                                              Courtney K. Bohl
8                                          Attorneys for Defendant
                                           ACCENTURE LLP

10 DATED: November 4, 2013                LE CLERC & LE CLERC LLP

11                                        By /s/ Christopher R. LeClerc
                                              Christopher R. LeClerc
                                           Attorneys for Plaintiff
12                                         ELEANOR RAMACHANDRAN

14              **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

15    I, Brian Wong, attest that concurrence in the filing of this document has been obtained
16 from the signatory Christopher R. LeClerc.
17    Executed this 4th day of November, 2013 in San Francisco, California.

18                                        By /s/ Brian Wong
                                              G. Daniel Newland
19                                            Brian Wong
                                              Courtney K. Bohl
20                                         Attorneys for DEFENDANT
                                           ACCENTURE LLP

22                                    **ORDER**

23    PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 DATED: 11/5/13

                                           Hon. Howard R. Lloyd
26                                         United States Magistrate Judge
   16396327v.3

28                                          3
   NOTICE OF SETTLEMENT, JOINT STIPULATION, [PROPOSED] ORDER TO CONTINUE DEADLINES
                              CASE NO. CV12-04834-HRL